

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00381-CV

IN THE INTEREST OF J.C. AND J.C.,
CHILDREN

§   On Appeal from the 233rd District Court

§   of Tarrant County (233-604821-16)

§   April 5, 2024

§   Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial. The temporary orders signed by the associate judge in November 2022 shall remain in effect until further order of the trial court. The trial court must commence a new trial no later than 180 days after the date this court issues the mandate in this appeal.

It is further ordered that Appellee Father shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach